# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FABIAN R. STRAUSS | : CIVIL ACTION |
| | : NUMBER: 17-235 |
| VERSUS | |
| | : JUDGE REBECCA F. DOHERTY |
| BD. OF SUPERVISORS FOR THE UNIVERSITY | : MAGISTRATE JUDGE |
| OF LOUISIANA SYSTEM, ET AL |   CAROL B. WHITEHURST |

---

## RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that you did not live in housing provided by the University of Louisiana-Lafayette after 2/5/2016.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Objection as to relevance as housing related claims have been dismissed.

**REQUEST FOR ADMISSION NO. 2:**

Admit that if you lived in housing provided by the University of Louisiana-Lafayette after 2/5/2016, it was equipped with a fire alarm that had a strobe light attached, along with a bed-shaking device.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Objection as to relevance as housing related claims have been dismissed.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you have been permitted access to instructors' notes for your classes at the University of Louisiana-Lafayette.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Denied.  Instructor's notes only began in the summer term of 2015.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you have been assigned a note taker for your classes at the University of Louisiana-Lafayette, in which you requested a note taker.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you were offered preferential front row seating in all your classes at the University of Louisiana-Lafayette.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you have been assigned a professional captionist for your classes at the University of Louisiana-Lafayette.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied.  This accommodation only began in October 2014.  Plaintiff further objects to this request as ambiguous in the use of the term "professional."

**REQUEST FOR ADMISSION NO. 6:**

Admit that the Office of Disability Services at the University of Louisiana-Lafayette responded to any concerns you have had regarding your academic accommodations.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Denied.  Plaintiff objects to the ambiguity of the phrase "responded to any concerns."  This request may be calling for a legal conclusion.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the University of Louisiana-Lafayette or any employee of the University of Louisiana-Lafayette did not maliciously fail to provide you with academic accommodations for your classes at the University of Louisiana-Lafayette.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Denied.  Plaintiff objects to this request as it calls for speculation.

**REQUEST FOR ADMISSION NO. 8:**

Admit that you received notes taken by note takers in all your classes at the University of Louisiana-Lafayette that you have asked for such accommodation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Denied. Plaintiff did not receive all notes from all note takers, and many times notes were provided late or untimely.

**REQUEST FOR ADMISSION NO. 9:**

Admit that your instructors wore a Surf Link device in your classes at the University of Louisiana-Lafayette that fed directly into your hearing aids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted in part. Plaintiff does not recall if all professors wore the Surf Link device.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the University of Louisiana-Lafayette provided you with access to a microphone beginning in the Fall 2014 semester as an academic accommodation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the University of Louisiana-Lafayette provided you with access to a digital recorder beginning in the Spring 2015 semester as an academic accommodation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Admitted.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors face the class when speaking and avoid hand gestures that obstruct the face for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted in part.  This accommodation was requested in over the course of the Spring 2015 semester, but professors were not necessarily compliant.

**REQUEST FOR ADMISSION NO. 16:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you only requested the academic accommodations of extra time, note-takers, and preferential seating for the Fall 2013 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Denied.  Plaintiff only requested professional note-takers for the Fall 2013 semester.

**REQUEST FOR ADMISSION NO. 18:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Spring 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Spring 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Spring 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Admitted.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors face the class when speaking and avoid hand gestures that obstruct the face for the Spring 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted.

**REQUEST FOR ADMISSION NO. 22:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Spring 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Summer 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Admitted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Summer 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Admitted.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Summer 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Admitted.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors face the class when speaking and avoid hand gestures that obstruct the face for the Summer 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Admitted.

**REQUEST FOR ADMISSION NO. 27:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Summer 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Admitted.

**REQUEST FOR ADMISSION NO. 28:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Admitted.

**REQUEST FOR ADMISSION NO. 29:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Admitted.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Admitted.

**REQUEST FOR ADMISSION NO. 31:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors face the class when speaking and avoid hand gestures that obstruct the face for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Admitted.

**REQUEST FOR ADMISSION NO. 32:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Admitted.

**REQUEST FOR ADMISSION NO. 33:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Fall 2014 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Admitted.

**REQUEST FOR ADMISSION NO. 34:**

Admit that for the Fall 2014 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Biology 230 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Admit in part.  Accommodation not available until October 2014.

**REQUEST FOR ADMISSION NO. 35:**

Admit that for the Fall 2014 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Biology 231 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Admit in part.  Accommodation not available until October 2014.

**REQUEST FOR ADMISSION NO. 36:**

Admit that for the Fall 2014 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Chemistry 108 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Admit in part.  Accommodation not available until October 2014.

**REQUEST FOR ADMISSION NO. 37:**

Admit that for the Fall 2014 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Chemistry 115 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Admit in part.  Accommodation not available until October 2014.

**REQUEST FOR ADMISSION NO. 38:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Admitted.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Admitted.


**REQUEST FOR ADMISSION NO. 40:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Admitted.


**REQUEST FOR ADMISSION NO. 41:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors face the class when speaking and avoid hand gestures that obstruct the face for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Admitted.


**REQUEST FOR ADMISSION NO. 42:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Admitted.

**REQUEST FOR ADMISSION NO. 43:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Admitted.

**REQUEST FOR ADMISSION NO. 44:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of remote captioning for the Spring 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Admitted.

**REQUEST FOR ADMISSION NO. 45:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Biology 233 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Admitted.

**REQUEST FOR ADMISSION NO. 46:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Biology 234 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Denied. Plaintiff was not enrolled in this class for the Spring 2015 semester.

**REQUEST FOR ADMISSION NO. 47:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Chemistry 231 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Admitted.

**REQUEST FOR ADMISSION NO. 48:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Chemistry 233 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Admitted.

**REQUEST FOR ADMISSION NO. 49:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with the academic accommodation of remote captioning for your Math 110 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Admitted.

**REQUEST FOR ADMISSION NO. 50:**

Admit that for the Spring 2015 semester the University of Louisiana-Lafayette provided you with remote captioning for your Sociology 100 class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Admitted.

**REQUEST FOR ADMISSION NO. 51:**

Admit that the University of Louisiana-Lafayette provided you with the academic accommodation of onsite captioning performed by Erin Duplechin during the Spring 2015 semester starting on February 9, 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Admitted.

**REQUEST FOR ADMISSION NO. 52:**

Admit that the University of Louisiana-Lafayette provided you with the academic accommodation of onsite captioning for all your classes for the Spring 2015 semester beginning March 17, 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Admitted.

**REQUEST FOR ADMISSION NO. 53:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Admitted.

**REQUEST FOR ADMISSION NO. 54:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Admitted.

**REQUEST FOR ADMISSION NO. 55:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Admitted.

**REQUEST FOR ADMISSION NO. 56:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Admitted.

**REQUEST FOR ADMISSION NO. 57:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Admitted.

**REQUEST FOR ADMISSION NO. 58:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Admitted.

**REQUEST FOR ADMISSION NO. 59:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Admitted.

**REQUEST FOR ADMISSION NO. 60:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Summer 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Admitted.

**REQUEST FOR ADMISSION NO. 61:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Admitted.

**REQUEST FOR ADMISSION NO. 62:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

Admitted.

**REQUEST FOR ADMISSION NO. 63:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Admitted.

**REQUEST FOR ADMISSION NO. 64:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Admitted.

**REQUEST FOR ADMISSION NO. 65:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Admitted.

**REQUEST FOR ADMISSION NO. 66:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

Admitted.

**REQUEST FOR ADMISSION NO. 67:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Admitted.

**REQUEST FOR ADMISSION NO. 68:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Fall 2015 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

Admitted.

**REQUEST FOR ADMISSION NO. 69:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Admitted.

**REQUEST FOR ADMISSION NO. 70:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Admitted.

**REQUEST FOR ADMISSION NO. 71:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Admitted.

**REQUEST FOR ADMISSION NO. 72:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Admitted.

**REQUEST FOR ADMISSION NO. 73:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

Admitted.

**REQUEST FOR ADMISSION NO. 74:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Admitted.

**REQUEST FOR ADMISSION NO. 75:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Admitted.

**REQUEST FOR ADMISSION NO. 76:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Spring 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

Admitted.

**REQUEST FOR ADMISSION NO.77:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

Denied.  Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 78:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

Denied.  Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 79:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Denied.  Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 80:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

Denied.  Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 81:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

Denied. Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 82:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Denied. Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 83:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Denied. Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 84:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Summer 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Denied.  Plaintiff did not attend classes with defendant for the Summer 2016 semester.

**REQUEST FOR ADMISSION NO. 85:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Admitted.

**REQUEST FOR ADMISSION NO. 86:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 86:**

Admitted.

**REQUEST FOR ADMISSION NO. 87:**

Admit that you declined a note-taker for the Fall 2016 Physiology Lab with Ivan Moberly.

**RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

Denied.

**REQUEST FOR ADMISSION NO. 88:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Admitted.

**REQUEST FOR ADMISSION NO. 89:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 89:**

Admitted.

**REQUEST FOR ADMISSION NO. 90:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 90:**

Admitted.

**REQUEST FOR ADMISSION NO. 91:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Admitted.

**REQUEST FOR ADMISSION NO. 92:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 92:**

Admitted.

**REQUEST FOR ADMISSION NO. 93:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Fall 2016 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

Admitted.

**REQUEST FOR ADMISSION NO. 94:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Admitted.

**REQUEST FOR ADMISSION NO. 95:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Admitted.

**REQUEST FOR ADMISSION NO. 96:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 96:**

Admitted.

**REQUEST FOR ADMISSION NO. 97:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 97:**

Admitted.

**REQUEST FOR ADMISSION NO. 98:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Admitted.

**REQUEST FOR ADMISSION NO. 99:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Admitted.

**REQUEST FOR ADMISSION NO. 100:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Admitted.

**REQUEST FOR ADMISSION NO. 101:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Spring 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Admitted.

**REQUEST FOR ADMISSION NO. 102:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Summer 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Admitted.

**REQUEST FOR ADMISSION NO. 103:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Summer 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

## REQUEST FOR ADMISSION NO. 104:

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Summer 2017 semester.

## RESPONSE TO REQUEST FOR ADMISSION NO. 104:

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

## REQUEST FOR ADMISSION NO. 105:

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Summer 2017 semester.

## RESPONSE TO REQUEST FOR ADMISSION NO. 105:

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

## REQUEST FOR ADMISSION NO. 106:

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Summer 2017 semester.

## RESPONSE TO REQUEST FOR ADMISSION NO. 106:

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

## REQUEST FOR ADMISSION NO. 107:

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Summer 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

**REQUEST FOR ADMISSION NO. 108:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Summer 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

**REQUEST FOR ADMISSION NO. 109:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Summer 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

Denied. Plaintiff did not attend courses at University of Louisiana-Lafayette for the Summer 2017 semester.

**REQUEST FOR ADMISSION NO. 110:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of extended testing time for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Admitted.

**REQUEST FOR ADMISSION NO. 111:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of note-takers for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Admitted.

**REQUEST FOR ADMISSION NO. 112:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of front row seating for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Admitted.

**REQUEST FOR ADMISSION NO. 113:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of the use of a tape recorder to access lectures for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Admitted.

**REQUEST FOR ADMISSION NO. 114:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of having your professors/instructors wear a Surf Link device on their person that fed directly into your hearing aid for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Admitted.

**REQUEST FOR ADMISSION NO. 115:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of live or remote captioning for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Admitted.

**REQUEST FOR ADMISSION NO. 116:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of reduced distraction testing environment for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Admitted.

**REQUEST FOR ADMISSION NO. 117:**

Admit that the University of Louisiana-Lafayette approved you for the academic accommodation of access to your professors/instructors PowerPoint materials for the Fall 2017 semester.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Admitted.

**REQUEST FOR ADMISSION NO. 118:**

Admit that on or about December 14, 2017, you graduated with honors at the University of Louisiana-Lafayette.

**RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

Denied. Plaintiff's GPA was below the University Honors Program threshold.

Respectfully Submitted,

**DAYAL S. REDDY, #31928**
2901 Ridgelake Dr.; Suite 105
Metairie, LA  70002
Ph: (504) 383-3606
Fax: (866) 910-5978
Email: dayalsreddy@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record through email this 6th day of June 2018.

s/Dayal Reddy_____
                    Dayal Reddy