# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| FABIAN R STRAUSS | CIVIL ACTION NO. 17-cv-0235 |
| VERSUS | JUDGE JUNEAU |
| UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISOR ET AL | MAGISTRATE JUDGE WHITEHURST |

## MINUTES OF COURT

On December 4, 2019, the undersigned magistrate judge held a settlement conference commencing at 10:00 a.m. and concluding at 12:30 p.m.[1] Participating in the conference were: Alex Stanford, counsel for the plaintiff, Fabian Strauss, and Mr. Strauss himself; Daniel Palmintier and Ericka Richoux, counsel for defendants; as well as Carol Landry, Rose German, Megan Breaux, and Souvana Auzenne.

At the conclusion of the conference, the plaintiffs reached an amicable settlement of the dispute. The terms of the settlement were placed on the record, and a 60 day order of dismissal has been entered in this matter. The court shall retain jurisdiction over the settlement of the case under *Kokkonen v. Guardian Life*, 511 U.S. 375 (1994).

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 2. 5 hours