UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **FABIAN STRAUSS** | : | **CIVIL ACTION NUMBER: 6:17-0235** |
| **VERSUS** | : | |
| | | **DISTRICT JUDGE MICHAEL JUNEAU** |
| **THE STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, et al** | : : : : | **MAGISTRATE JUDGE CAROL WHITEHURST** |

**STIPULATION OF DISMISSAL,
PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**

Pursuant to the Court's December 4, 2019 Order of Dismissal, and in accordance with Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii):

It is stipulated by Plaintiff **FABIAN STRAUSS** and Defendants, the **STATE OF LOUISIANA, through the BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM o/b/o the UNIVERSITY OF LOUISIANA AT LAFAYETTE and DR. CAROL LANDRY, in her official capacity as DIRECTOR OF OFFICE OF DISABILITY SERVICES FOR THE UNIVERSITY OF LOUISIANA - LAFAYETTE** that the above-entitled action be dismissed with prejudice, with each party bearing his / its own costs.

THUS DONE AND SIGNED. this 18th day of December, 2019.

| | |
|---|---|
| **STANFORD LAW FIRM, LLC** | **JEFF LANDRY, ATTORNEY GENERAL** |
| BY:   _/s/   Alex Z. Stanford_<br>**ALEX Z. STANFORD (#35424)**<br>P.O.Box 1237<br>535 South Court Street<br>Opelousas, LA  70571-1237<br>PH:   337-948-4113<br>FAX: 337-948-4182<br>E-MAIL: stanfordlawcorp@gmail.com<br><br>COUNSEL FOR PLAINTIFF, FABIAN STRAUSS | BY:   _/s/   Daniel C. Palmintier_<br>**DANIEL C. PALMINTIER (#21336)**<br>**LA. DEPT. OF JUSTICE, OFFICE OF RISK MANAGEMENT**<br>556 Jefferson Street, 4th Floor<br>Lafayette, Louisiana 70501<br>PH:   337-262-1700<br>FAX: 337-262-1707<br>E-MAIL: PalmintierD@ag.louisiana.gov<br><br>COUNSEL FOR DEFENDANTS, THE STATE OF LOUISIANA, ET AL |