**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **FABIAN STRAUSS** | : | **CIVIL ACTION NUMBER: 6:17-0235** |
| **VERSUS** | : | |
| | | **DISTRICT JUDGE MICHAEL JUNEAU** |
| **THE STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, et al** | : : : : | **MAGISTRATE JUDGE CAROL WHITEHURST** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

On the above stipulation filed in this action on the 18th day of December, 2019:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and is hereby dismissed with prejudice, with each party bearing his / its own costs.

THUS DONE AND SIGNED in Lafayette, Louisiana on this _____ day of _____, 20__.

_____
**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**